**EXHIBIT "2"**

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2024-010253-CA-01

AEROSPACE ROTABLES, INC.
a Florida corporation,

      Plaintiff,

v.

COLLINS AEROSPACE SYSTEMS,
a foreign corporation, RTX CORPORATION, a foreign
corporation, and GOODRICH CORPORATION, a foreign
corporation,

      Defendants.

_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, AEROSPACE ROTABLES, INC. ("Plaintiff" or "Aerospace Rotables"), sues

Defendants, COLLINS AEROSPACE SYSTEMS ("Collins"), RTX CORPORATION ("RTX"),

and GOODRICH CORPORATION ("Goodrich") (collectively, Defendants") herein, and states:

### PARTIES, JURISDICTION, AND VENUE

1.     This is an action for damages in excess of $50,000 excluding interest and costs.

2.     Plaintiff is a Florida corporation located in Sunrise, Florida.

3.     Collins is a foreign corporation headquartered in Charlotte, North Carolina, and

doing business in Miami Dade, Florida.

4.     RTX is a foreign corporation doing business in Miami Dade, Florida.

5.     Goodrich is a foreign corporation doing business in Miami Dade, Florida.

6.     Upon information and belief, RTX and/or Goodrich are doing business as "Collins

Aerospace Systems."

7.     Venue is proper in Miami Dade County, Florida because the cause of action accrued

in Miami Dade County, Florida.

## GENERAL ALLEGATIONS

*Background*

8.      Defendants perform overhaul and maintenance services for commercial aircraft landing gear.

9.      A commercial aircraft's landing gear are required to be periodically overhauled to be deemed airworthy as defined by federal regulation and the manufacturer of the landing gear.

10.     The overhaul process involves, among other things, the grinding of the outer cylinders of the landing gear sets using a grinding machine.

11.     The grinding machine used during overhaul is required to meet certain specifications and be set to specific parameters, per Boeing's Standard Operating Procedures ("Boeing SOPs") set forth in the Boeing SOPs Manual ("Boeing SOPs Manual"). A true and correct copy of the Boeing SOPs Manual is attached hereto as "**Exhibit A**."

12.     During the overhaul of a landing gear set, a replacement set of landing gear are typically leased and/or exchanged by the operator of a commercial aircraft.

13.     The replacement landing gear sets must also be periodically overhauled and deemed airworthy before they can be leased and/or exchanged out to commercial aircraft operators.

*The Landing Gear Parts*

14.     Plaintiff is in the business of leasing and exchanging out replacement landing gear sets for Boeing 700 series aircraft to commercial aircraft operators.

15.     Each replacement landing gear set is rented out by Plaintiff at a price ranging from $25,000.00 to $65,000.00 per month.

16.     Before March of 2023, Plaintiff purchased/exchanged and became the legal owner of eight landing gear sets that had been previously overhauled by Defendants (the "Landing Gear Parts").  A table of the Landing Gear Parts, as identified by their serial number, and the dates Defendants finished their overhaul are provided below:

| Landing Gear Set | Date Shipped from Defendants |
|---|---|
| 1.  Serial No. 54GK10 | 8/21/2020 |
| 2.  Serial No. CPT-8196 | 5/1/2018 |
| 3.  Serial No. BFG3298 | 5/30/2019 |
| 4.  Serial No. BFG6184 | 7/5/2012 |
| 5.  Serial No. BFG6193 | 11/15/2021 |
| 6.  Serial No. 34GE23 | 8/21/2020 |
| 7.  Serial No. 47 | 5/31/2013 |

***Defendants' Negligent Overhaul of the Landing Gear Parts***

17.     During its overhaul of the Landing Gear Parts, Defendants used a grinding machine that was outside of the parameters provided by the Boeing SOPs to grind the outer metal cylinders of the Landing Gear Parts during its overhaul of the Landing Gear Parts. A true and correct copy of Boeing's Fleet Team Digest (the "Boeing Fleet Team Digest") reflecting Defendants' negligence is attached hereto as "**Exhibit B**."

18.     The defective grinding of the Landing Gear Parts by Defendants during their overhaul rendered the Landing Gear Parts suspect. As a result, the Landing Gear Parts were required to go through an inspection cycle, as determined by Boeing, which is mandatory during each overhaul cycle, in order to be used by commercial aircraft operators, and must be subjected to removal of the chromed area to inspect the base metal for cracks using magnetic particle inspection (MAG), and overtemper and untempered indications using the process of Nital etching to find such faults.

19.     As a result, Plaintiff was required to conduct a re-overhaul of the Landing Gear Parts going through overhaul as requested by Defendants via e-mail and confirmed by Boeing documents to bring them into accordance with the Boeing SOPs after the overhaul cycle.

20.     Plaintiff could not lease out/exchange the Landing Gear Parts until the required overhaul was completed and the Landing Gear Parts passed inspection by Boeing requirements.

21.     Plaintiff overhauled the Landing Gear Parts itself and paid for all costs associated therewith.

22.     After the re-overhaul was completed, the Landing Gear Parts passed inspection by Boeing, except for one, which Boeing recommended be "scrapped."  The scrapped Landing Gear Part is identified by Serial No. CPT-8196.  A true and correct copy of the Boeing Report is attached hereto as "**Exhibit C**."

23.     The Landing Gear Part scrapped by Boeing has a replacement cost of approximately $450,000.00 based on its current catalog price.

24.     As a result of Defendants' defective overhaul of the Landing Gear Parts, Plaintiff has incurred damages, including but not limited to the amounts expended by Plaintiff in material and labor to re-overhaul the Landing Gear Parts, the cost of the Landing Gear Part scrapped by Boeing, and the lost profits during Plaintiff's re-overhaul of the Landing Gear Parts and for the scrapped Landing Gear Part, which continue to accrue.

<u>COUNT I</u>
<u>(NEGLIGENCE)</u>

25.     Plaintiff reincorporates and re-alleges paragraphs 1 – 24 above as fully set forth herein.

26.     Defendants owed Plaintiff a duty to use reasonable care in overhauling the Landing Gear Parts, including but not limited to, ensuring the Landing Gear Parts' cylinders were not ground using a machine that is out-of-parameters, and otherwise meets Boeing's SOPs.

27.     Defendants breached its duty of care to Plaintiff by failing to:

a.      Ensure the grinding machine used to overhaul the Landing Gear Parts was not outside of the required parameters;

b.      Take reasonable precautions to ensure any errors with the grinding machine's parameters are fixed within a reasonable time; and

c.      Ensure the Landing Gear Parts are subject to and pass quality control for any visible defects that would have otherwise been caused by an out-of-parameter grinder machine following the overhaul by Defendants.

28.     As a result of Defendants' negligence, Plaintiff has suffered damages, including the value of the scrapped Landing Gear Part, out-of-pocket costs in re-overhauling the Landing Gear Parts, and lost profits that Plaintiff would have gained in renting out the scrapped Landing Gear Part being part of a complete shipset not being used due to this scrap part missing and other Landing Gear Parts during the re-overhaul. The shipset with the defective Landing Gear Part has not used in over a year due to the Landing Gear Part not being replaced. The average overhaul invoice of a shipset is around $600,000. Plaintiff expected to turn the shipset a minimum of three times a year, totaling a revenue loss of $1.8M.

29.     Defendants' negligence is the direct and proximate cause of Plaintiff's damages.

WHEREFORE, Plaintiff demands judgment against Defendants for damages, including but not limited to compensatory damages and lost profits, together with interest, costs, and such other relief as the Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

The Plaintiffs hereby demands a trial by jury of all issues so triable as a matter of law.


**DATED** October 7, 2024

**TRIPP, SCOTT, P.A.**
*Attorneys for Plaintiff*
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-5700
Facsimile: (954) 761-8475

By: */s/ Edward R. Curtis*
    Edward R. Curtis, Esq.
    Florida Bar No. 236845
    Jennifer A. Bautista
    Florida Bar No. 1019335
    Email: erc@trippscott.com
           nds@trippscott.com
           e-service@trippscott.com
           jab@trippscott.com
           mrw@trippscott.com

#2962477v1-700091.0002



# STANDARD OVERHAUL PRACTICES MANUAL

## GRINDING OF CHROME PLATED PARTS

**PART NUMBER**
**NONE**

This document has EAR data with Export Control Classification Numbers (ECCN) of:

9E991

EXPORT CONTROLLED - This technology or software is subject to the U.S. Export Administration Regulations (EAR), (15 C.F.R. Parts 730-774). No authorization from the U.S. Department of Commerce is required for export, re-export, in-country transfer, or access EXCEPT to country group E:1 or E:2 countries/persons per Supp.1 to Part 740 of the EAR.

**BOEING PROPRIETARY, CONFIDENTIAL, AND/OR TRADE SECRET**

Copyright © 1995 The Boeing Company
Unpublished Work - All Rights Reserved

Boeing claims copyright in each page of this document only to the extent that the page contains copyrightable subject matter. Boeing also claims copyright in this document as a compilation and/or collective work.

This document includes proprietary information owned by The Boeing Company and/or one or more third parties. Treatment of the document and the information it contains is governed by contract with Boeing. For more information, contact The Boeing Company, P.O. Box 3707, Seattle, Washington 98124.

Boeing, the Boeing signature, the Boeing symbol, 707, 717, 727, 737, 747, 757, 767, 777, 787, Dreamliner, BBJ, DC-8, DC-9, DC-10, KC-10, KC-46, KDC-10, MD-10, MD-11, MD-80, MD-88, MD-90, P-8, Poseidon and the Boeing livery are all trademarks owned by The Boeing Company; and no trademark license is granted in connection with this document unless provided in writing by Boeing.

PUBLISHED BY BOEING COMMERCIAL AIRPLANES GROUP, SEATTLE, WASHINGTON, USA
A DIVISION OF THE BOEING COMPANY
PAGE DATE: MAR 01/2022

**20-10-04**



**_BOEING_**

## STANDARD OVERHAUL PRACTICES MANUAL

### GRINDING OF CHROME PLATED PARTS

1. **INTRODUCTION**

   A.   The data in this subject comes from Boeing Process Specification BAC5032. Access to the Boeing Process Specifications is available.

   B.   This subject contains recommended procedures for grinding and honing of chromium-plated surfaces. The procedures are important because incorrect procedures can cause cracks and heat damage to the chrome plate and the base metal.

   C.   Do not grind the special thin dense chrome plate (BAC5709, Class 4, SOPM 20-42-03). This chrome plate is applied to get the final dimension during the plating procedure itself.

2. **GRINDING PROCEDURES**

   A.   Surface Preparation

      (1)   To prevent contamination of cutting fluids and the grinding wheel, remove oil, dirt, or unwanted matter. This includes protective coatings, unless they are protection for other plating as noted below.

      (2)   If the chrome plate to be ground is on parts which also have cadmium or cadmium-titanium plating, make sure the cadmium or cadmium-titanium plating has the protection of BMS 10-11, Type 1 primer (if primer is specified by the overhaul instructions), or give this plating the protection of Type 4, Class 3 chemical processing tape as specified in BAC5034 (SOPM 20-44-02) (for surfaces such as threads) or plugs (for close-tolerance holes).

   B.   Dressing of Grinding Wheel

      (1)   Dress the wheel frequently and also when the chrome plated surface is less than 0.003 inch from the finish dimension.

      (2)   Turn the diamond nib frequently to keep the maximum nib radius applied to the grinding wheel less than 0.030 inch.

      (3)   Use a nib cross speed that is sufficient for the grade and abrasive of the wheel.

      (4)   Each time the wheel is dressed, make sure the dressing infeed is sufficient to resurface the grinding face of the wheel.

   C.   Coolant

      (1)   Give the interface between the wheel and the part surface a good flow of continuously filtered cutting fluid.

      (2)   For external grinds, put the cutting fluid nozzle in a position to apply a stream of cutting fluid at the point where the grinding wheel touches the part surface.

      (3)   For internal grinds, a large volume of cutting fluid on the surface to be ground is sufficient. It is not necessary for the cutting fluid to directly hit the point of grinding. The volume of cutting fluid must be sufficient to cool the part and remove the grinding sludge.

   D.   Be very careful when you grind with the side of the wheel. A large contact area can put too much heat into the part. If you must grind with the side of the wheel, use cupped or dished grinding wheels to decrease the area of contact.

   E.   Grinding Details

      (1)   Wheel Speed

         (a)   For surface and OD cylindrical grinding, use a maximum speed of 6500 surface feet per minute (sfm). If possible, use a speed below 3000 sfm.

## 20-10-04

ECCN 9E991 BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

PART NUMBER NONE

**STANDARD OVERHAUL PRACTICES MANUAL**

    (b)    For internal grinding, use a maximum speed of 6500 sfm.

  (2)  Downfeed or Infeed

    (a)    To prevent too much infeed, find the high spots before you start to grind.

    (b)    For surface and OD cylindrical grinding, use a maximum of 0.0005 inch per pass until you get to 0.0010 inch from the finish dimension surface. Then use 0.0002 inch maximum per pass to get to the finish dimension surface.

    (c)    For plunge grinding with automatic equipment, feed at 0.0001 inch maximum per revolution of the part. For plunge grinding with manual equipment, use a gradual infeed (approximately 0.0001 inch maximum per revolution of the part) and do not force the wheel into the part. Let the sparks from each infeed stop before the next infeed.

  (3)  Work Speed

    (a)    The speed is important. When possible, use the maximum speed available. Usually this is 60 sfm on surface grinders.

    (b)    Rotational speeds could permit higher surface speeds (related to work diameters on cylindrical grinders) and speeds above 200 sfm are recommended when possible.

  (4)  Crossfeed

    (a)    For surface grinding, use a maximum of 1/4 of the wheel width per pass.

    (b)    For cylindrical and internal grinding, use a crossfeed that agrees with the surface finish and tolerance requirements. A 5-10 inch per minute crossfeed is recommended to help control the surface finish and diametrical tolerances.

        **NOTE:**  Usually when a crossfeed procedure is used, the wheel must go in both directions for each infeed during the final passes.

    (c)    Plunge grinding procedures can be used to grind plated areas adjacent to shoulders which cannot be ground with a crossfeed. Use the same limits as specified in Paragraph 2.E.(2)(c) above.

F.    Honing -- When parts are chrome plated not more than 0.002 inch thickness oversize, the surfaces can be honed to final dimensions. Use standard industry practices.

G.    Grinding Wheel Specifications -- See Table 1. Use a wheel of the minimum hardness in the range given, if the wheel can keep the surface within the specified surface smoothness and dimensional tolerance limits.

**Table 1:  Grinding Wheel Data**

|  | Surface Grind | Cylindrical Grinding OD | Cylindrical Grinding ID |
|---|---|---|---|
| Abrasive | Aluminum Oxide or Seeded Gel (SG) | | |
| Grain Size (Grit) | 46 to 90 | 46 to 90 | 46 to 120 |
| Grade (Bond Strength) | G to I | H to K | I to K |
| Structure Density | 8 to 12 | 6 to 10 | 6 to 10 |
| Bond Type | Vitrified | | |

**3.**  **POST GRIND BAKE FOR ALUMINUM**

A.    After you grind or hone the chrome plating on aluminum parts, bake the parts for 1 hour at 175-225°F or put them in boiling water for 1 hour.

**20-10-04**

ECCN 9E991 BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

PART NUMBER NONE

**STANDARD OVERHAUL PRACTICES MANUAL**

4. **QUALITY CONTROL**

A.   Visually examine the ground chrome plated surfaces without magnification and with lighting at an angle. Examine from different directions to make sure there are no cracks. There must be no sign of heat damage (indicated by bubbles in the chrome, bad colors, or darkened streaks), cracks, tears, cold flow (metal rubbed into adjacent areas), warped plating or base metal (indicated by plating not visually smooth after grinding), or surface defects other than the usual grinding marks.

B.   For the optional Barkhausen inspection procedure, refer to BAC5653.

C.   Unless the overhaul instructions are different, after grinding, magnetic particle examine (SOPM 20-20-01) the steel parts heat-treated 180 ksi or higher to look for cracks in the base metal.

D.   If penetrant inspection after grinding is specified by the overhaul instructions, penetrant examine (SOPM 20-20-02) at the high sensitivity level.

E.   You can also find cracks in the plating by a sudden drag or catch when you rub the surface with the sharp point of a dental explorer (Figure 1).

**20-10-04**

ECCN 9E991 BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

*BOEING*

# STANDARD OVERHAUL PRACTICES MANUAL



SINGLE-END DENTAL EXPLORERS SUCH AS THESE ARE AVAILABLE FROM ANY DENTAL SUPPLY HOUSE. THE ENDS SHOWN CAN ALSO BE COMBINED IN A DOUBLE-END EXPLORER. KEEP THE POINTS SHARP WITH FINE ABRASIVE PAPER, OR REPLACE THE EXPLORERS WHEN THE POINTS BECOME TOO WORN TO FIND THE CRACKS IN THE CHROME PLATING.

D55009  S0000159833_V1

**Example Dental Explorers**
**Figure 1**

**20-10-04**

ECCN 9E991 BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

*PART NUMBER NONE*

**STANDARD OVERHAUL PRACTICES MANUAL**

5. **APPLICATION OF WIPED-ON PRIMER**

   A.  This procedure is recommended to fill the fine cracks in the chrome plate with primer to increase corrosion resistance. This procedure could also decrease liquid or gas leakage under seals.

   B.  This procedure is optional unless specified by the overhaul instructions.

   C.  The procedure details given below come from Boeing process specification drawing 60B10031. Equivalent procedures can be used, such as wiped-on primer (F-19.451) (preferred) or (F-19.45) (SOPM 20-41-01) which is the wiped-on primer procedure specified on finish control drawing 65B19999.

   D.  Apply this primer to chrome plate after you grind it and after you apply such finishes as cadmium plate or phosphate treatment.

   E.  Application Procedure

       (1)  Vapor degrease the chrome plated surface as specified in SOPM 20-30-03.

       (2)  With cheesecloth or equivalent, apply a large amount of BMS 10-11, Type 1 primer to the chrome plated surface and the chrome runout area. Rub the primer into the chrome plating with a vigorous scrubbing motion. Scrub each square foot of surface for 15-30 seconds. If primer gets onto adjacent surfaces, remove this primer as specified in Paragraph 5.E.(3).

       (3)  Before the primer dries, remove unwanted wet primer with a clean dry cloth. Do not use a solvent.

       (4)  Cure the primer as specified in SOPM 20-41-02.

       (5)  Apply primer to other surfaces as necessary as specified in the overhaul instructions. You can do this before you cure the wiped-on primer if you keep all cleaning fluids and equivalent agents away from the primed chrome plated surface.

6. **REWORK**

   A.  As an alternative to removal of chrome plate by chemical stripping as specified in SOPM 20-30-02, you can grind it off. Use the applicable procedure for the base metal as given below.

   B.  Alloy steels

       (1)  Grind as necessary as specified in Paragraph 2.

       (2)  Etch examine the areas as specified in SOPM 20-10-02. Reject parts with rehardening or tempering burns.

       (3)  Stress relieve as specified in SOPM 20-10-02. If the stress relief temperature will be above 400°F, remove all cadmium plating before you stress relieve.

       (4)  Magnetic particle examine as specified in SOPM 20-20-01.

       (5)  If the stress relief temperature was above 400°F or if metal removal was more than 10% of the shot peening intensity, shot peen the part again as specified in SOPM 20-10-03 and the overhaul instructions.

       (6)  Plate and refinish as necessary.

   C.  Precipitation hardened CRES

       (1)  Grind as necessary as specified in Paragraph 2.

       (2)  Stress relieve as specified in SOPM 20-10-02. If the stress relief temperature will be above 400°F, remove all cadmium plating before you stress relieve.

       (3)  Magnetic particle examine as specified in SOPM 20-20-01.

**20-10-04**

ECCN 9E991 BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

**STANDARD OVERHAUL PRACTICES MANUAL**

    (4)   If the stress relief temperature was above 400°F or if metal removal was more than 10% of the shot peening intensity, shot peen the part again as specified in SOPM 20-10-03 and the overhaul instructions.

    (5)   Plate and refinish as necessary.

D.   Nickel-base alloys

    (1)   Grind as necessary as specified in Paragraph 2.

    (2)   Penetrant examine the area as specified in SOPM 20-20-02.

    (3)   If the overhaul instructions include shot peening and metal removal was more than 10% of the shot peening intensity, shot peen the part again as specified in SOPM 20-10-03.

    (4)   Plate and refinish as necessary.

**20-10-04**

ECCN 9E991 BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

# FLEET TEAM DIGEST

## 767-FTD-32-23001

**Issue Title :** Improper Maintenance during 767 Landing Gear Overhaul by MRO

| Airplane Model | ATA | Minor Model(s) |
|---|---|---|
| 767 | 3200-00 | -200,-300, |

| Other Model(s) | ECCN | |
|---|---|---|
| | 9E991 | |

| Originated Date | Last Revised Date | Created On |
|---|---|---|
| 04/04/2023 | 04/04/2023 | 03/29/2023 |

| Estimated Completion Date | Next Update Date | |
|---|---|---|
| 03/27/2024 | 04/27/2023 | |

## Description

Collins Maintenance Repair and Overhaul (MRO) shop reported to Boeing that 331 total outer cylinders on landing gear for Boeing 7-Series aircraft were reworked using an out of parameter grinder during landing gear overhaul from October 2009 to October 2020.

Collins MRO shop reported to Boeing that a 767 main landing gear (MLG) outer cylinder involved in a MLG collapse event in August 2020 was last overhauled at its facility in July 2015. Evidence collected through the analysis of the submitted outer cylinder from the event indicated that fracture was the result of base metal heat damage caused by grinding during the part's overhaul visit.

Heat damage can alter the material and performance properties of the base metal, which can lead to premature part failure and landing gear collapse.

An investigation by the MRO identified that the part had machining performed on the inner diameter by a grinder operating outside of input parameters. Furthermore, the MRO identified 331 additional outer cylinders on landing gear for Boeing 7-Series aircraft that had inner diameter grinding performed by the suspect grinder during the operational period of October 2009 to October 2020.

Boeing initiated Service Related Problem (SRP) 767-SRP-32-0250 to review the overall impact to the 767 fleet and provide fleet support for Collins on corrective action.

**Disclaimer:** This document contains **BOEING PROPRIETARY** information, Encrypted emails required for forwarding via Email. Document Generated on 04/05/2023 by Fleet Team Digest, this document is only for reference purpose, visit the application for all latest and updated revisions of this digest article.

Exhibit B

# FLEET TEAM DIGEST

| Status |
|---|

Boeing and Collins are collecting and reviewing data, including overhaul records, to determine complete scope of impacted part numbers and serial numbers captured within this quality escape. This information will allow Boeing to further assess risk to the fleet and discuss appropriate corrective action and compliance recommendation.

Current 767 landing gear base part numbers affected include:

- P/N 161T1110
- P/N 161T1280
- P/N 015T1504

Boeing understands the FAA is reviewing this issue for possible regulatory action. Boeing will advise further on this as soon as more information becomes available. Preliminary discussions regarding warranty impact are ongoing within Boeing and will be included in future fleet communication.

| Interim Action |
|---|

No Interim Action at this time.

| Final Action |
|---|

Following review by the FAA for possible regulatory action, Boeing will release corresponding fleet communication with corrective action. Boeing will advise further on this as soon as more information becomes available.

| Milestones |
|---|

NOTE: Target dates are based upon currently available status and have risk of future revision.

- Initiation of Boeing SRP: 9 November 2022 (Complete)
- Solution Selection: 22 December 2022 (Complete)
- Release of Compliance Recommendation: September 2023 (Target)
- Service Bulletin Available: March 2024 (Target)

**Disclaimer:** This document contains **BOEING PROPRIETARY** information, Encrypted emails required for forwarding via Email. Document Generated on 04/05/2023 by Fleet Team Digest, this document is only for reference purpose, visit the application for all latest and updated revisions of this digest article.

# FLEET TEAM DIGEST

| References | | | | |
|---|---|---|---|---|
| **Reference Type** | **Reference Number** | **Revision Number** | **Reference Date** | **Actions** |
| Service Related Problem (SRP) | 767-SRP-32-0250 | | | |
| | | | | |

| Related Categories |
|---|
| • Airplane Maintenance Issues - Issues that occur during airplane maintenance or have an impact on airplane reliability |

**Disclaimer:** This document contains **BOEING PROPRIETARY** information, Encrypted emails required for forwarding via Email. Document Generated on 04/05/2023 by Fleet Team Digest, this document is only for reference purpose, visit the application for all latest and updated revisions of this digest article.



FROM: Luiz Fernando Salomao [luizs@arotables.com.invalid]
TO: Servicio de Mantenimiento del Peru Sociedad Anonima Cerrada - Seman Peru S.A.C. (SEU)
MESSAGE DATE: 25-Sep-2023 15:39 (GMT-07:00) Pacific Daylight Time (America/Los_Angeles) / 25-Sep-2023 22:39 (GMT)


[MESSAGE NUMBER:SEU-DHH-23-0115-01C]


Your message has been received. You have requested a response by 29-Sep-2023 23:59 (GMT-07:00) Pacific Daylight Time (America/Los_Angeles) / 30-Sep-2023 06:59 (GMT)


================================================================
==========

This message is sent to the following:
Luiz Fernando Salomao, Servicio de Mantenimiento del Peru Sociedad Anonima Cerrada - Seman Peru S.A.C.


PRIORITY: Routine
ACCOUNT: Servicio de Mantenimiento del Peru Sociedad Anonima Cerrada - Seman Peru S.A.C. (SEU)
DUE DATE: 29-Sep-2023 23:59 (PST)
PRODUCT TYPE: Airplane
PRODUCT LINE: 767
PRODUCT: 767-300
ATA: 3200
SERVICE CATEGORY: Airplane Repair
REPAIR APPROVAL: No


PART(S):

Part - 1
PART NUMBER:         161T1110-72
PART SERIAL NUMBER: CPT-8196
P/N CAGE CODE: N/A


AIRPLANE(S):

Airplane - 1
REGISTRY NUMBER: G-DHLK
VARIABLE NUMBER: VT546
SERIAL NUMBER:     37810

Exhibit C

HOURS/CYCLES:      N/A/N/A
WINGLETS:          Blended

SUBJECT: SEU-LIM-23-0159F-B767 MLG OUTER CYLINDER BARREL REPAIR

REFERENCES:
/A/ SEU-DHH-23-0014
/B/ SEU-LIM-23-0159F – B767 - MLG OUTER CYLINDER REPAIR SKETCH REV.2

DESCRIPTION:
=====================
During overhaul of ref. /A/, Outer Cylinder, the chrome plated circle dimension -5- barrel ref. /B/ was stripped. OTM indications were found on the base metal by Nital etch inspection. The burn pattern found is typical from being generated during grinding. In order to remove the damaged material, the base metal was machined to 10.894 +-0.001 inches.
For your information, Su-Ni plate patches (5 EA) were found on the base metal from previous overhaul per ref. /C/. The nickel patches on the ID are on good condition, without any damage, neither any adherence problem. FPI was performed, and no discrepancies were found. Based on the findings, it is not planned to remove the ID -5- Su-Ni patches.

The following repair was performed:
1. Finishes stripped per SOPM 20-30-02.
2. Nital etch inspection per SOPM 20-10-02. OTM were found on the base metal.
3. ID -5-, ref. /B/, machined to 10.894+- 0.001-in due the OTM indications cover a large surface.
4. Nital etch inspection per SOPM 20-10-02. OTM/UTM were NOT found on the base metal.
5. Stress relief bake for 4 hours at 375 deg F.
6. Magnetic particles inspection per SOPM 20-20-01. No indications found.
7. Fluorescent penetrant inspection per SOPM 20-20-02. No indications found.
8. The dimensions after machining are presented on ref. /D/ sketch. Everything else within design or CMM repair limits.

The recondition ref. /A/ part, we plan to perform the following repair:
1. Shot peen the reworked areas per SOPM 20-10-03. Nickel plating will be masked such that the base metal is properly shot peened, and the nickel is not damaged.
2. Chrome plate ID -5- per SOPM 20-42-03. Polish or hone to allow for 0.0015-in min thickness. Observe all chrome plate runouts.
3. Fabricate and install an oversize upper bearing similar to the 161T1155 but with a larger OD to compensate the material removed. The clearance between the oversize bearing OD and the ref. /B/ part ID -5- will be kept per ref. /B/, fits and clearances. For your information the ID -6- measure is 10.901 inches securing an assembly without any problem.
4. Cadmium plate per ref. /B/ manual and SOPM 20-42-01.
5. Magnetic particles inspection per SOPM 20-20-01.
6. The ref. /A/ Outer Cylinder will be refinished in accordance with the ref. /B/ manual.

7. Permanently part-mark the ref. /B/ part and the oversize upper bearing as a "matched set – not interchangeable" per ref. /B/ manual using vibroengraving per SOPM 20-50-10 on the same surfaces as the original manufacturers permanent part mark.
For your information the CSN is 31,299 landings. The part hardness is 54.2 HRC.

DESIRED ACTION:
========================
1- Please inform if ref /A/ part is structurally satisfactory to return to normal service with the proposed repair.
2- If not, please inform reason and the repair procedure.
3- We consider this repair to be a minor repair. If there is any type of safe life restrictions, cycle restrictions or weight restrictions it will be considered major and an 8100-9 form will be requested. If Boeing believes that this is a major repair, please provide an 8100-9 form.

Best regards,
Julio Gil Flores – Seman/Aerospace Rotables Landing Gear Engineer

Luiz Fernando Salomao
Technical VP – Aerospace Rotables
luizs@arotables.com
+51 974 416 952

DESIRED ACTION:

See Description or Email body below

Dear Chiquito,

Thank you for the provided information.

Boeing reply requested the Su-Ni be removed and part resubmitted with the blend outs dimensions and the NDT inspection.

The Su-Ni plate was removed. The barrel diameter part was inspected by magnetic particle and nital etch inspection. No cracks neither OTM/UTM was found on barrel diameter. The actual dimensions are presented on ref. /B/. SEU-LIM 23-0159F – B767– MLG OUTER CYLINDER REPAIR SKETCH REV. 2.

Please review and inform the following:

1- Please inform if ref /A/ part is structurally satisfactory to return to normal service with the proposed repair.

2- If so, please inform if the part should be hold for the AD/SB instructions to return back to normal service,

3- Or if there are instructions to return the part back to service please provide the guidance.

4- If not, please inform reason and the repair procedure and any further information.

5- We consider this repair to be a minor repair. If there is any type of safe life restrictions, cycle restrictions or weight restrictions it will be considered major and an 8100-9 form will be requested. If Boeing believes that this is a major repair, please provide an 8100-9 form.

Best regards,

The following files are attached to this message:
SEU-LIM-23-0159F - B767 - MLG OUTER CYLINDER REPAIR SKETCH REV.2.pdf

If attachments are referred to and are not present, please access them by logging into the Boeing Communication System on MyBoeingFleet or contact your Boeing Field Service Representative.

Luiz Fernando Salomao
Technical VP - Aerospace Rotables
luizs@arotables.com
+51 974 416 952

Link to the Boeing Communication System: https://boeinginservice.my.site.com/a2F6g000002auJBEAY

(Note: MyBoeingFleet portal login is required to access link in the Boeing Communication System)

BOEING PROPRIETARY

This message and any attachments to it contain or may contain Boeing proprietary material which is protected by law and/or per the terms of existing agreements with Boeing. Proprietary material may be used by the recipient only as permitted under the terms of any such prior agreement with Boeing. This message is intended only for the named recipients. If you are not an intended recipient, you are hereby notified that any further review, copying, use or dissemination of this message is strictly prohibited. If you have received this message in error, delete it from your computer and/or other storage medium and notify the sender immediately.

FROM: THE BOEING COMPANY
TO: Servicio de Mantenimiento del Peru Sociedad Anonima Cerrada – Seman Peru S.A.C. (SEU)
[MESSAGE NUMBER:SEU-DHH-23-0115-02B] Boeing Response
MESSAGE DATE: 29-Sep-2023 13:35 (GMT-07:00) Pacific Daylight Time (America/Los_Angeles) / 29-Sep-2023 20:35 (GMT)


================================================================================
==========

This message is sent to the following:
Luiz Fernando Salomao, Servicio de Mantenimiento del Peru Sociedad Anonima Cerrada – Seman Peru S.A.C.


PRIORITY: Routine
ACCOUNT: Servicio de Mantenimiento del Peru Sociedad Anonima Cerrada – Seman Peru S.A.C. (SEU)
DUE DATE: No Action Required
PRODUCT TYPE: Airplane
PRODUCT LINE: 767
PRODUCT: 767-300
ATA: 3200
SERVICE CATEGORY: Airplane Repair
REPAIR APPROVAL: No


PART(S):

Part – 1
PART NUMBER:          161T1110-72
PART SERIAL NUMBER: CPT-8196
P/N CAGE CODE: N/A


AIRPLANE(S):

Airplane – 1
REGISTRY NUMBER: G-DHLK
VARIABLE NUMBER: VT546
SERIAL NUMBER:      37810
HOURS/CYCLES:       0/0
WINGLETS:           Blended


SUBJECT: SEU-LIM-23-0159F-B767 MLG OUTER CYLINDER BARREL REPAIR

REFERENCES:
/A/ SEU-DHH-23-0115-01C
/B/ SEU-DHH-23-0014
/C/ SEU-LIM-23-0159F – B767 – MLG OUTER CYLINDER REPAIR SKETCH REV.2


DESCRIPTION:
=====================
During overhaul of ref. /A/, Outer Cylinder, the chrome plated circle dimension –5– barrel ref. /B/ was stripped. OTM indications were found on the base metal by Nital etch inspection. The burn pattern found is typical from being generated during grinding. In order to remove the damaged material, the base metal was machined to 10.894 +-0.001 inches.
For your information, Su-Ni plate patches (5 EA) were found on the base metal from previous overhaul per ref. /C/. The nickel patches on the ID are on good condition, without any damage, neither any adherence problem. FPI was performed, and no discrepancies were found. Based on the findings, it is not planned to remove the ID – 5- Su-Ni patches.

The following repair was performed:
1. Finishes stripped per SOPM 20-30-02.
2. Nital etch inspection per SOPM 20-10-02. OTM were found on the base metal.
3. ID -5-, ref. /B/, machined to 10.894+- 0.001-in due the OTM indications cover a large surface.
4. Nital etch inspection per SOPM 20-10-02. OTM/UTM were NOT found on the base metal.
5. Stress relief bake for 4 hours at 375 deg F.
6. Magnetic particles inspection per SOPM 20-20-01. No indications found.
7. Fluorescent penetrant inspection per SOPM 20-20-02. No indications found.
8. The dimensions after machining are presented on ref. /D/ sketch. Everything else within design or CMM repair limits.

The recondition ref. /A/ part, we plan to perform the following repair:
1. Shot peen the reworked areas per SOPM 20-10-03. Nickel plating will be masked such that the base metal is properly shot peened, and the nickel is not damaged.
2. Chrome plate ID -5- per SOPM 20-42-03. Polish or hone to allow for 0.0015-in min thickness. Observe all chrome plate runouts.
3. Fabricate and install an oversize upper bearing similar to the 161T1155 but with a larger OD to compensate the material removed. The clearance between the oversize bearing OD and the ref. /B/ part ID -5- will be kept per ref. /B/, fits and clearances. For your information the ID -6- measure is 10.901 inches securing an assembly without any problem.
4. Cadmium plate per ref. /B/ manual and SOPM 20-42-01.
5. Magnetic particles inspection per SOPM 20-20-01.
6. The ref. /A/ Outer Cylinder will be refinished in accordance with the ref. /B/ manual.
7. Permanently part-mark the ref. /B/ part and the oversize upper bearing as a "matched set – not interchangeable" per ref. /B/ manual using vibroengraving per SOPM 20-50-10 on the same surfaces as the original manufacturers permanent part mark.
For your information the CSN is 31,299 landings. The part hardness is 54.2 HRC.


DESIRED ACTION:

=======================
1- Please inform if ref /A/ part is structurally satisfactory to return to normal service with the proposed repair.
2- If not, please inform reason and the repair procedure.
3- We consider this repair to be a minor repair. If there is any type of safe life restrictions, cycle restrictions or weight restrictions it will be considered major and an 8100-9 form will be requested. If Boeing believes that this is a major repair, please provide an 8100-9 form.

Best regards,
Julio Gil Flores – Seman/Aerospace Rotables Landing Gear Engineer


Luiz Fernando Salomao
Technical VP – Aerospace Rotables
luizs@arotables.com
+51 974 416 952


See Description or Email body below


Dear Chiquito,

Thank you for the provided information.

Boeing reply requested the Su-Ni be removed and part resubmitted with the blend outs dimensions and the NDT inspection.

The Su-Ni plate was removed. The barrel diameter part was inspected by magnetic particle and nital etch inspection. No cracks neither OTM/UTM was found on barrel diameter. The actual dimensions are presented on ref. /B/. SEU-LIM 23-0159F – B767- MLG OUTER CYLINDER REPAIR SKETCH REV. 2.


Please review and inform the following:

1- Please inform if ref /A/ part is structurally satisfactory to return to normal service with the proposed repair.

2- If so, please inform if the part should be hold for the AD/SB instructions to return back to normal service,

3- Or if there are instructions to return the part back to service please provide the guidance.

4- If not, please inform reason and the repair procedure and any further information.

5- We consider this repair to be a minor repair. If there is any type of safe life restrictions, cycle restrictions or weight restrictions it will be considered major and an 8100-9 form will be requested. If Boeing believes that this is a major repair, please provide an 8100-9 form.

Best regards,

RESPONSE:

The subject part, P/N 161T1110-72 S/N CPT-8196, is structurally unacceptable for continued service. Boeing recommends scrapping the part.


If attachments are referred to and are not present, please access them by logging into the Boeing Communication System on MyBoeingFleet or contact your Boeing Field Service Representative.


N.Hunt-Service Engineering (Landing Gear Systems)
D.Dodge- Service Engineering Manager
Customer Support
The Boeing Company

BCA Operations Centers 24 Hour Contact Numbers
787: +1 (206) 544-7787
All Other Models: +1 (206)544-7500


Link to the Boeing Communication System: https://boeinginservice.my.site.com/a2F6g000002b9DgEAI

(Note: MyBoeingFleet portal login is required to access link in the Boeing Communication System)